380

No. 42073.—Protest 986343–G of Marrash Importing Co. (New York).

Opinion by CLINE, J.   No evidence was offered in support of the claim made. The protest was therefore overruled.

No. 42074.—Protests 967556–G, etc., of Ackerman Gould Corp. et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42075.—Protests 963551–G, etc., of John Alban & Co. et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42076.—Protests 899116–G (A), etc., of Browne Vintners Co. et al. (Los Angeles, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42077.—Protests 797360–G, etc., of D & B Sales Corp. et al. (Boston, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42078.—Petitions 5415–R, etc., of Fillette-Green & Co., Inc. (Tampa).

Opinion by CLINE, J.   It appeared that the merchandise consists of metal drums imported from Germany and that the collector of customs questioned the correctness of the deduction of nondutiable charges and filed an appeal to reappraisement.   Being of the opinion that there was no intention to defraud the revenue of the United States, or to conceal or misrepresent the facts, or to deceive the appraiser, the court granted the petitions.

No. 42079.—Petition 5635–R of William J. Oberle, Inc. (New Orleans).

Opinion by CLINE, J.   It appeared that an error was made by a clerk in preparing the entry.   As there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts the court granted the petition.

No. 42080.—Petition 5656–R of American Hawaiian Music Academy (Buffalo).

Opinion by CLINE, J.   It appeared that the petitioner entered the merchandise at a value which he knew was far less than he paid for the instrument and he made no effort to ascertain the foreign or export value thereof.   The petition was therefore denied.